# UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

LENNA L. FLASH,
          Plaintiff

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

V.

CASE
NUMBER:      1:14-CV-01885-BAM

COMMISSIONER of SOCIAL SECURITY,
          Defendant

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

✗ GRANTED.

    ✗ The clerk is directed to file the complaint.

    ✗ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this   26th   day of   November  ,   2014  .

/s/ Barbara A. McAuliffe
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer