Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LENA L. FLASH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENA L. FLASH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN COLVIN, Acting<br><br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:   1:14-cv-01885-BAM<br>STIPULATION AND ORDER TO<br>EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Lena L. Flash ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to August 31, 2015; and that Defendant shall have until September 30, 2015, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due October 15, 2015.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 23, 2015          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff LENA L. FLASH

DATE:  July 23, 2015         BENJAMIN WAGNER
United States Attorney
Donna L. Calvert
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Jacob M. Mikow


_____
Jacob M. Mikow
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

ORDER

IT IS HEREBY ORDERED that Plaintiff may have an extension of time, to and including August 31, 2015, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to September 30, 2015 to file his opposition, if any is forthcoming. Any reply by plaintiff will be due October 15, 2015.

IT IS SO ORDERED.

Dated:   **July 24, 2015**               /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

-3-