Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff LENA L. FLASH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA L. FLASH, | Case No.: 1:14-cv-01885-BAM |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Lena L. Flash ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to September 10, 2015; and that Defendant shall have until October 12, 2015, to file her opposition, if any is forthcoming. Any reply by plaintiff will be due October 27, 2015.

An extension of time for plaintiff is needed in order to allow Counsel to deal with complications arising from his Spouse's terminal illness. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: September 1, 2015         Respectfully submitted,

                                                      LAW OFFICES OF LAWRENCE D. ROHLFING

                                                      /s/ *Steven G. Rosales*

                                BY: _____
                                            Steven G. Rosales
                                            Attorney for plaintiff LENA L. FLASH

DATE:  September 1, 2015         BENJAMIN WAGNER
                                                 United States Attorney
                                                 Deborah Lee Stachel
                                                 Acting Regional Chief Counsel, Region IX
                                                 Social Security Administration


                                                 */S/- Jacob M. Mikow

                                                 _____
                                                 Jacob M. Mikow
                                                 Special Assistant United States Attorney
                                                 Attorney for Defendant
                                                 [*Via email authorization]

# **ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including September 10, 2015, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to October 12, 2015 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due October 27, 2015.

IT IS SO ORDERED.

Dated:   **September 8, 2015**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE