BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENNA L. FLASH,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-CV-01885-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from October 10, 2015 to November 9, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. An extension of time is needed given Defendant counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion. Defendant's counsel also has upcoming leave scheduled that necessitates this extension. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

| | |
|---|---|
| Dated: 10/2/2015 | Respectfully submitted,<br>*/s/ Steven G. Rosales*<br>(As authorized via email on 10/2/2015)<br>STEVEN G. ROSALES<br>Attorney for Plaintiff |
| Dated:  10/2/2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | */s/ Jacob M. Mikow*<br>JACOB M. MIKOW<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

## ORDER

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time, up to and including November 9, 2015, to serve and file a response to Plaintiff's Opening Brief.  All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:  **October 5, 2015**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE